UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21259-CIV-SEITZ/O'SULLIVAN

UMG RECORDINGS, INC., a Delaware corporation;
ARISTA RECORDS LLC, a Delaware limited
liability company; VIRGIN RECORDS AMERICA, INC.,
a California corporation; CAPITOL RECORDS, LLC,
a Delaware limited liability company; and
WARNER BROS. RECORDS INC., a
Delaware corporation,

   Plaintiffs,
v.

JOSE ROQUE,

   Defendant.
_____/

## FINAL DEFAULT JUDGMENT

For the reasons set forth in the Court's concurrently issued Order Granting Plaintiffs' Application for Default Judgment by the Court, it is hereby

ORDERED that Final Default Judgment is ENTERED in favor of Plaintiffs UMG Recordings, Inc., Arista Records LLC, Virgin Records America, Inc., Capitol Records, LLC and Warner Bros. Records, Inc. (collectively "Plaintiffs") and against Defendant Jose Roque. Defendant Jose Roqueis hereby liable to Plaintiffs and shall pay Plaintiffs the sum of **$6,420** consisting of $6,000 in statutory damages and $420 is court costs. This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961 and shall be enforceable as provided by 28 U.S.C. § 2001 *et seq*, 28 U.S.C. §§ 3001-3307 and Fed. R.Civ. P. 69(a);

IT IS FURTHER ORDERED that the Defendant Jose Roque is permanently enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in those sound

recordings listed in Exhibit A, attached hereto, and in any other sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (or download) any of Plaintiffs' Recordings, to distribute (or upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant Jose Roque also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred to any physical medium or device in Defendant's possession custody or control.

The Court retains jurisdiction to enforce this Judgment. Otherwise, this case is CLOSED.

DONE and ORDERED in Miami, Florida this 22nd day of July, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge O'Sullivan
      All counsel of record

# EXHIBIT A

## JOSE ROQUE

**IP Address:** 76.109.242.128 2007-07-11 22:33:00 EDT        **CASE ID#** 135835606

**P2P Network:** Gnutella        **Total Audio Files:** 541

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Sum 41 | In Too Deep | All Killer No Filler | 298-689 |
| Arista Records LLC | Outkast | Ghetto Musick | Speakerboxxx/The Love Below | 340-520 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| Virgin Records America, Inc. | Smashing Pumpkins | 1979 | Mellon Collie and the Infinite Sadness | 183-904 |
| Capitol Records, Inc. | Yellowcard | Way Away | Ocean Avenue | 343-413 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| UMG Recordings, Inc. | The Police | King Of Pain | Synchronicity | 44-862 |
| UMG Recordings, Inc. | Weezer | Say It Ain't So | Weezer (Blue Album) | 187-644 |